IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE McGEE RICHARDSON,

    Plaintiff,                                No. CIV S-04-1603 GEB DAD P

    vs.

O. DICKINSON, et al.,

    Defendants.                         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an amended complaint pursuant to 42 U.S.C. § 1983. On September 27, 2004, plaintiff filed his amended complaint but failed to sign it. Local Rule 7-131(b) requires that all pleadings be signed by the party appearing in propria persona. Therefore, the court will dismiss the amended complaint and order plaintiff to file a second amended complaint.

        Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's second amended complaint complete. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files his second amended complaint, the prior pleadings no longer serves any function in the case.

1

Accordingly, IT IS ORDERED that:

1. Plaintiff's amended complaint is dismissed.

2. Within twenty days from the service of this order, plaintiff shall file a second amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint"; plaintiff must file an original and two copies of the second amended complaint; failure to file a second amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to provide plaintiff with a copy of the court's form complaint for a § 1983 action.

DATED: May 13, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rich1603.amd