IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE McGEE RICHARDSON,

    Plaintiff,       No. CIV S-04-1603 GEB DAD P

    vs.

O. DICKINSON, et al.,

    Defendants.       <u>ORDER</u>

/

    Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of May 13, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's May 25, 2005 application for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED: June 3, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
rich1603.36(2)