IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE McGEE RICHARDSON,

        Plaintiff,                       No. CIV S-04-1603 GEB DAD P

    vs.

O. DICKINSON, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On August 22, 2005, the court ordered the United States Marshal to serve the second amended complaint on defendants. Process directed to defendants Mangis and Diggins was returned unserved because the California Department of Corrections was unable to locate the defendants. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the June 20, 2005 second amended complaint;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. A completed USM-285 form for defendant Mangis and a completed USM-285 form for defendant Diggins;

    b. Three copies of the endorsed second amended complaint filed June 20, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: October 26, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
rich1603.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE McGEE RICHARDSON,

      Plaintiff,                              No. CIV S-04-1603 GEB DAD P

    vs.

O. DICKINSON, et al.,               NOTICE OF SUBMISSION

      Defendants.                    OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __One__    completed summons form

     __Two__    completed USM-285 forms

     __Three__  copies of the __June 20, 2005__
                              Second Amended Complaint

DATED:

                                                  Plaintiff