IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE McGEE RICHARDSON,

    Plaintiff,                      No. CIV S-04-1603 GEB DAD P

    vs.

O. DICKINSON, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2006, defendants filed a motion for summary judgment, or in the alternative, summary adjudication. Plaintiff has not filed an opposition to the motion or statement of non-opposition to the motion. The court will order plaintiff to file a response.

        Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the service of this order, plaintiff shall file his opposition to defendants' March 17, 2006 motion for summary judgment or summary adjudication, or a statement of non-opposition to the granting of

/////

/////

/////

/////

1

1  the motion. Should plaintiff fail to comply with this court's order, the court will recommend that
2  this action be dismissed.
3  DATED: September 22, 2006.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

7  DAD:4
   rich1603.fto

2