IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE McGEE RICHARDSON,

      Plaintiff,                           No. CIV S-04-1603 GEB DAD P

    vs.

O. DICKINSON, et al.,

      Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file his opposition to defendants' March 17, 2006 motion for summary judgment or, in the alternative, summary adjudication. The court will grant plaintiff an extension of time.

        Plaintiff is advised that in his opposition, he must respond to defendants' statement of undisputed facts and for each fact that he disputes, plaintiff must refer to "the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon in support of that denial." Local Rule 56-260(b). Plaintiff may file a concise "Statement of Disputed Facts," and provide the source of additional material facts which demonstrate a genuine issue which precludes summary judgment. Id.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  Plaintiff's October 10, 2006 application for an extension of time is granted; and

3  2.  Plaintiff is granted twenty days from the date of this order in which to file his opposition to defendants' March 17, 2006 motion for summary judgment or in the alternative, summary adjudication.  No further extensions for this purpose will be granted.

DATED: October 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
rich1603.36(4)

2