IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE McGEE RICHARDSON,

    Plaintiff,                               No. CIV S-04-1603 GEB DAD P

    vs.

O. DICKINSON, et al.,

    Defendants.                          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of thirty days to file his objections to the findings and recommendations issued in this action on January 19, 2007. Plaintiff contends that the High Desert State Prison law library has converted to computers for research and that there is a two-week delay when ordering copies of cases. Plaintiff also contends that the prison has a new legal technical assistant who is not knowledgeable about the computer system. Plaintiff does not explain what specific research he has completed or intends to pursue. Plaintiff is informed that in the findings and recommendations in question, the court provided the legal standards governing a medical care claim and summary judgment motion. Moreover, the purpose of the objections is to inform the court of "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(C). An extensive legal brief is not necessary. Therefore, the court will grant plaintiff an extension of time in which to file his objections; however, no further extensions will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 5, 2007 motion for an extension of time is granted;

2. Plaintiff shall file his objections to the January 19, 2007 findings and recommendations on or before March 14, 2007; and

3. No further extensions of time will be granted.

DATED: February 8, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rich1603.36obj