IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE McGEE RICHARDSON,

    Plaintiff,                            2:04-cv-1603-GEB-DAD-P

    vs.

O. DICKINSON, et al.,

    Defendants.                      <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 19, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Thereafter, on February 9, 2007, the court granted plaintiff an extension of time to file his objections by March 14, 2007.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

/////

1  file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 19, 2007, are adopted in full;

2. The March 17, 2006 motion for summary judgment filed on behalf of defendants Sandham, James, Roche, and Dickinson is granted; and

3. This action is dismissed.

Dated: March 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge